**Frederick E. ANDERSON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Nos. 122, 123, Docket 21756, 21757.

United States Court of Appeals
Second Circuit.

Argued Jan. 10, 1951.

Decided Jan. 24, 1951.

Kirlin, Campbell, Hickox & Keating, New York City, H. Maurice Fridlund, Earl Q. Kullman, New York City, William A.

Sheehan, Brooklyn, N. Y., of counsel, for petitioner.

Charles Oliphant, Washington, D. C., Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Robert N. Anderson, and Louise Foster, Sp. Assts. to Atty. Gen., for respondent.

Before CHASE, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Decisions affirmed on the authority of Morrison v. Commissioner of Internal Revenue, 2 Cir., 177 F.2d 351.